**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERINA TRAISTER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | ) No. EDCV 09-01082-SS<br>)<br>) **JUDGMENT**<br>) |

　　IT IS ADJUDGED that the decision of the Commissioner in the above-captioned action is REVERSED and REMANDED.

DATED: April 13, 2010.　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE